No. 87–5858. MARTIN v. HAYES ET AL. C. A. 4th Cir. Certiorari denied.

No. 87–5859. SEBETICH v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 87–5861. BELL v. THURMAN, SUPERINTENDENT, CALIFORNIA INSTITUTION FOR MEN, ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 87–5862. BRYAN v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 87–5863. CAUDLE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 87–5864. GELABERT v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 87–5866. BROWN v. BOWLES, SHERIFF, ET AL. C. A. 5th Cir. Certiorari denied.

No. 87–5867. NELSON v. HOKES, SUPERINTENDENT, EASTERN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 87–5874. BROWN v. QUILIAN ET AL. C. A. 3d Cir. Certiorari denied.

No. 87–5881. PEDRO v. OREGON BOARD OF PAROLE. C. A. 9th Cir. Certiorari denied.

No. 87–5886. MORRIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 87–5887. YEPEZ-URIAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 87–5889. WILLIAMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 87–5894. BENTLY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87–5895. WALLACE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.